UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

CASE NUMBER: 2:15-mj-1017

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| VS. : | ORDER |
| : | |
| WILLIAM GABRIEL DOUGH : | |
|         DEFENDANT : | |

**THIS MATTER** coming on to be heard and being heard before the undersigned Judge upon the motion of the defendant to have the prior plea of guilty by waiver set aside and it appearing to the court after considering the defendant's motion that the defendant's motion should be granted.

**THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED** that the prior plea of guilty to Speeding 73-mph in a 55-mph zone be set aside and that this matter be set for entry of a guilty plea to a lesser charge at the next Session of United States District Court in Elizabeth City.

This 27th day of March, 2015.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE